UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CSASZI,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 05cv0181-L(JMA)<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br>**(3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT;**<br>**(4) AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY TO DENY BENEFITS** |

Plaintiff filed the instant action for judicial review of denial of his application for social security disability benefits. He subsequently filed a motion for summary judgment, requesting reversal of the Administrative Law Judge's ("ALJ") finding of no disability. The Commissioner filed a cross-motion. The case was referred to United States Magistrate Judge Jan M. Adler for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c).

Plaintiff alleged he became disabled while working for Mc Tools due to repeatedly climbing up and down his work truck , and lifting, loading and unloading work tools. He complained of headaches, as well as shoulder, neck and back pain, which was exacerbated by his

1  employer's threats and abusive actions.  Plaintiff also complained of job stress and depression.
2  Upon review of the record and the parties' motion papers, Judge Adler recommended denying
3  Plaintiff's motion and granting the Commissioner's cross-motion.  Specifically, he found the
4  ALJ's finding of no disability was based on substantial evidence and was free of legal error.
5  Neither Plaintiff nor the Commissioner filed objections to the report and recommendation.

6        A district judge "may accept, reject, or modify the recommended decision" on a
7  dispositive matter prepared by a magistrate judge proceeding without the consent of the parties
8  for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de*
9  *novo* determination of those portions of the [report and recommendation] to which objection is
10 made." 28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some lesser review by the
11 district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The
12 "statute makes it clear that the district judge must review the magistrate judge's findings and
13 recommendations *de novo if objection is made, but not otherwise*."  *United States v.*
14 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), cert. denied, 540 U.S. 900 (2003)
15 (emphasis in original).

16       Accordingly, in the absence of any objections, the report and recommendation is
17 **ADOPTED**.  It is hereby further **ORDERED** as follows:
18       1. Plaintiff's motion for summary judgment is **DENIED**.
19       2. The Commissioner's motion for summary judgment is **GRANTED**.
20       3. The Commissioner's decision to deny benefits is **AFFIRMED**.
21
22       **IT IS SO ORDERED.**
23 DATED: September 27, 2006
24                       M. James Lorenz
                      United States District Court Judge
25 COPY TO:
26 HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
27
28 ALL PARTIES/COUNSEL